**Opinion issued December 31, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————————

## NO. 01-25-00458-CV

————————————————

**MARIO VAZQUEZ AND DIANA VAZQUEZ, Appellants**

**V.**

**BRIAN H. HUTSON AND JENNIFER CASWELL, Appellees**

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1245946**

## MEMORANDUM OPINION

Appellants Mario Vazquez and Diana Vazquez have filed a motion to dismiss this appeal because they no longer wish to prosecute the appeal. Appellees have not opposed this motion.

We grant the motion and dismiss this appeal.  *See* TEX. R. APP. P. 42.1(a)(1).

Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.